UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
WENDY RIVAS,

                Plaintiff

    - against -                                             **ORDER ADOPTING REPORT
AND RECOMMENDATION**

JCA Food Corp. d/b/a Foodtown, JJC Food Corp.
d/b/a Foodtown, Mother Food Corp. d/b/a           18-cv-3377 (RJD) (JO)
Foodtown, New Food Corp. d/b/a Foodtown,
SWF Food Corp. d/b/a Foodtown, Jason Ferreira
And Pedro Vizcaino,

                Defendants.
------------------------------------------------------------- x

DEARIE, District Judge

      There being no objections to Magistrate Judge Orenstein's Report & Recommendation dated January 11, 2019, recommending approval of the parties' proposed settlement, the Court adopts the Report & Recommendation in its entirety. Accordingly, the Court hereby grants the parties' Joint Motion to Dismiss FLSA Claims and Review Settlement, ECF No. 17, and approves the Settlement Agreement, executed and filed with the Court on December 27, 2018, ECF No. 19.

SO ORDERED.

Dated: Brooklyn, New York
       February 4, 2019

                                               s/ Raymond J. Dearie
                                           RAYMOND J. DEARIE
                                           United States District Judge